■ In the Matter of CAROL J. ALAIMO et al., as Trustees of Trusts Created by the Last Will and Testament of VIRGINIA E.

DEVEREUX, Deceased, Respondents. JOHN E. DEVEREUX, Appellant. [732 NYS2d 819] —Order unanimously affirmed with costs. Memorandum: Surrogate's Court properly dismissed the cross petition of respondent seeking an order directing petitioners to adhere to the terms of decedent's will in distributing the income from the Evans-Devereux Memorial Fund, a charitable trust created by article Eleventh of the will. Respondent, decedent's grandson and a person in whose honor the trust was created, lacks standing to challenge petitioners' administration of the trust (*see generally, Alco Gravure v Knapp Found.,* 64 NY2d 458, 465-466; *Matter of James,* 22 Misc 2d 1062, 1067-1068). Rather, standing to enforce the trust or challenge petitioners' administration of it is restricted to the Attorney General (*see,* EPTL 8-1.1 [f]; 8-1.4; *Matter of May,* 213 AD2d 838, 839-840, *lv dismissed* 85 NY2d 1032; *Matter of De Long,* 169 AD2d 1005, 1006, *lv denied* 77 NY2d 809). (Appeal from Order of Erie County Surrogate's Court, Mattina, S.—EPTL.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.